MEMORANDUM OPINION




No. 04-08-00364-CV



IN RE Juan CHAVEZ



Original Mandamus Proceeding (1)


 

PER CURIAM


Sitting: Alma L. López, Chief Justice

 Karen Angelini, Justice

 Steven C. Hilbig, Justice


Delivered and Filed: June 4, 2008

 

PETITION FOR WRIT OF MANDAMUS DENIED

 On May 27, 2008, relator Juan Chavez filed a petition for a writ of mandamus. The court has
considered relator's petition for a writ of mandamus and is of the opinion that relief should be
denied. See Tex. R. App. P. 52.8(a). Accordingly, relator's petition for a writ of mandamus is denied. PER CURIAM
1. This proceeding arises out of cause number 2008-CVQ-000288-D2 filed in the 111th Judicial District Court,
Webb County, Texas.